

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2015

No. 04-15-00224-CR and 04-15-00245-CR

Julio Alejandro **ZUNIGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0936-W1
Honorable Raymond Angelini, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appeal in cause number 04-14-00224-CR is DISMISSED FOR WANT OF JURISDICTION.

Appellant's motion to consolidate, filed on May 1, 2015 is DENIED.

The clerk of this court is further directed to transfer all filings, including the clerks' records and reporter's record, from appeal number 04-14-00224-CR to 04-14-00245-CR. Appellant's brief in cause number 04-14-00245-CR is due to be filed no later than July 3, 2015.

It is so **ORDERED** on June 3, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2015.

_____
Keith E. Hottle, Clerk